*In re* CLAUDIO R. PRIETO GUTIÉRREZ.

*Número:* TS-3972          *Resuelto:* 17 de diciembre de 2004

*José M. Montalvo Trías,* director ejecutivo del Colegio de Abogados; *Roberto J. Sánchez Ramos,* procurador general; *Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *Antoan Figueroa,* abogado del peticionario.

## RESOLUCIÓN

Vista la Moción Solicitando Reinstalación, presentada por el Sr. Claudio R. Prieto el 12 de julio de 2004 y, examinadas las respectivas comparecencias del Colegio de Abogados, del Procurador General y de la Oficina de Inspección de Notarías (ODIN) —en las que dichos organismos expresaron no albergar objeción alguna en cuanto a dicha moción— se autoriza su reinstalación al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Rivera Pérez no intervinieron.

*(Fdo.)* María I. Colón Falcón
*Subsecretaria del Tribunal Supremo*